UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDDIE LEE HARRIS, | ) | CASE NO. CV 11-7511-PA (PJW) |
| Petitioner, | ) ) ) | J U D G M E N T |
| v. | ) ) | |
| UNKNOWN, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: May 9, 2012

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Harris 11-7511 Judgment.wpd